FILED
NOVEMBER 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6433

JUDGE CASTILLO
MAGISTRATE JUDGE KEYS

J. N.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

ELVIS PENA and OBDELIO PENA,      )
                                  )
                                  )
            Plaintiffs,           )
                                  )
      v.                          )
                                  )
TOWN OF CICERO and ANTHONY INIQUEZ, in his )
official capacity,                )
                                  )
            Defendant,            )

## COMPLAINT

Plaintiffs, Elvis Pena and Obdelio Pena, by his attorneys, Christopher V. Langone and Mark T. Lavery, bring this Complaint against Defendants, the Town of Cicero and Anthony Iniquez, in his official capacity as Chief Police of the Cicero Police Department, for redress of violation of their constitutional rights.

### PARTIES, JURISDICTION, AND VENUE

1.   Plaintiffs  Elvis Pena and Obdelio Pena, are individuals residing in this judicial district. Plaintiffs demand trial by jury.

2.   Defendant Anthony Iniquez, is Chief of Police of the Cicero Police Department in this district. The Town of Cicero is a municipality in this District.

3.   This Court has jurisdiction pursuant to 43 U.S.C. 1983 and 28 U.S.C. 1331.

This Court may exercise supplemental jurisdiction over Plaintiff's state law claims, which arise out of the same operative facts as Plaintiff's federal claims, pursuant to 28 U.S.C. 1367(a).

4. Venue is proper in this district pursuant to 28 U.S.C. 1391(b) because the acts and transactions giving rise to this claim occurred, in substantial part, in this district.

### FACTUAL ALLEGATIONS COMMON TO MULTIPLE CLAIMS

5. Plaintiffs are the owners of a 1994 Chevrolet Cavalier Convertible with Vehicle Identification Number 1G1JC34T3R7275201 with Illinois Title Number T1100621112.

6. On November 7, 2007, the Illinois Police seized Plaintiffs' vehicle.

7. Plaintiffs have committed no crime or offense with the vehicle.

8. Plaintiffs have not violated the Illinois Vehicle Code with vehicle.

9. Defendant Town of Cicero acting under the command of Defendant Iniquez seized the vehicle in violation of Plaintiffs' constitutional rights.

10. Defendants have unreasonably seized and taken Plaintiffs' property without due process or just compensation.

### COUNT I – 42 U.S.C. 1983

11. Plaintiff incorporates paragraphs 1 through 10.

12. On November 7, 2007, Defendants acting under the color of state law and violating 42 U.S.C. 1983 seized Plaintiff's vehicle.

13. Defendant's conduct, under color of state law, constituted an unlawful taking of Plaintiff's property and an unreasonable and unconstitutional seizure in violation of United States Constitution.

14. Defendants' currently have control and possession of Plaintiff's vehicle.

15. Defendants have deprived Plaintiffs of their property without due process of law in violation of the Fourteenth Amendment.

16. Defendants have never offered Plaintiffs any hearing to contest the seizure of the vehicle.

17. Defendants have violated the Fourth Amendment by unreasonably seizing Plaintiffs' property.

18. Defendants have violated the Fifth Amendment by depriving Plaintiff of their property with just compensation.

19. Plaintiffs have demanded the return of their property.

20. Defendants have not returned Plaintiffs' property.

21. Defendants have not offered Plaintiffs any compensation for loss of their property.

22. Plaintiff seeks an mandatory injunction against the Town of Cicero and Defendant Iniquez, acting in his official capacity, ordering him to return Plaintiffs' property to their possession.

WHEREFORE, Plaintiff, Elvis Pena and Obdelio Pena, requests that the Court enter judgment in his favor and against Defendant Anthony Iniquez, acting in his official capacity, for:

  a.  Injunctive relief;

  b.  Declaratory relief;

  c.  Damages;

  d.  Attorney's fees an costs pursuant to 42 U.S.C. 1988(b); and

  e.  Other relief as the Court deems appropriate.

                Respectfully Submitted,
                DENNIS WOIWOOD, Plaintiff

                By:__/s/ Mark T. Lavery_____
                  One of Their Attorneys

Mark T. Lavery
Christopher V. Langone
225 W. Washington Street, Suite 2200
Chicago, Illinois 60606
(312) 924-2893