**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
NOVEMBER 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6433**

In the Matter of                                    Case Number:

ELVIS PENA and OBDELIO PENA,
   v.
TOWN OF CICERO and ANTHONY INIQUEZ, in his official capacity,

JUDGE CASTILLO
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF'S, ELVIS PENA and OBDELIO PENA,            J. N.

| | |
|---|---|
| NAME (Type or print) <br> CHRISTOPHER V. LANGONE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ CHRISTOPHER V. LANGONE | |
| FIRM <br> ATTORNEY AT LAW | |
| STREET ADDRESS <br> P.O. Box 4801 | |
| CITY/STATE/ZIP <br> Ithaca, NY 14852 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (312) 924-2893 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |