AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ELVIS PENA and OBDELIO PENA,

V.

TOWN OF CICERO and ANTHONY INIQUEZ, in his official capacity,

**07CV6433**
**JUDGE CASTILLO**
**MAG. JUDGE KEYS**

TO: (Name and address of Defendant)

TOWN OF CICERO
C/O MARYLIN COLPO, TOWN CLERK
4937 W. 25th PLACE.
CICERO, ILLINOIS 60804

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARK T. LAVERY
CHRISTOPHER V. LANGONE
225 W. WASHINGTON STREET, SUITE 2200
CHICAGO, ILLINOIS 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 14 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ALEJANDRO SEGOVIANO | PARALEGAL |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __HAND DELIVER COPY OF SUMMONS AND COMPLAINT TO DEFENDANT IN c/o JESSICA JARAMILLO, CLERK__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/15/07           X _[signature]_
             Date                  Signature of Server

           4848 30th Place Berwyn IL
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.