## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6433 | **DATE** | 12/5/2007 |
| **CASE TITLE** | Elvis Pena vs. Town of Cicero, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' emergency motion for Temporary Restraining Order [9] is granted. Defendants Town of Cicero and Anthony Iniquez and Tuff Car Company, Inc. are enjoined from destroying, disposing or selling Plaintiffs' vehicle, the 1994 Chevrolet Cavalier Convertible with Vehicle Identification Number 1G1JC34T3R7275201 with Illinois Title Number T1100621112. Parties to file a joint status report by 12/12/2007. The Court will hold a status hearing in open court on 12/13/2007 at 9:45 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|