Click Here & Upgrade
Expanded Features
Unlimited Pages

PDF
Complete

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Elvis Pena and Obdelio Pena, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | 07CV6433 |
| | ) | |
| The Town of Cicero, and Anthony Iniquez, | ) | |
| in his Official capacity, | ) | |
|     Defendants. | ) | |

**NOTICE OF MOTION**

To:     **SEE ATTACHED SERVICE LIST.**

PLEASE BE NOTIFIED that on **December 11, 2007 at 9:45 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Castillo, in Room 2141, or before any judge sitting in his stead, in said courtroom usually occupied by him, at the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present The Town of Cicero's **MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD.**

Respectfully submitted,

Del Galdo Law Group, LLC

By:     s/ George S. Spataro
          George S. Spataro, Esq.
          Attorney for Plaintiffs

.

George S. Spataro, Esq. (#3126416)
Del Galdo Law Group, LLC
10526 West Cermak Road, Suite 300
Westchester, IL 60154
708-531-8800

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF
Complete