Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete Documents



IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Elvis Pena and Obdelio Pena, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 07CV6433 |
| | ) | |
| The Town of Cicero, and Anthony Iniquez, | ) | |
| in his Official capacity, | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

The Defendants herein, by their attorney, George S. Spataro, Esq. of the Del Galdo Law Group, LLC, hereby request an extension of time to answer or otherwise plead in response to the plaintiff's complaint, and in support state:

1. This cause was filed by Plaintiff on November 13, 2007;
2. Plaintiff's attorney's paralegal alleges to have served process on November 15, 2007 on "Jessica Jaramillo, clerk;"
3. Ms. Jaramillo is neither the Town President nor The Town Clerk;
4. Federal Rule of Civil Procedure 4(L)(2), as well as 735 ILCS 5/2-211, govern service of process on local governments. Service on the Town of Cicero is required to be made by serving the chief executive officer (Town President) or the Town Clerk. Also, service on co-defendant Iniquez, if made at his workplace, must be delivered to him personally, and not upon anyone else, as it is not his abode;

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete Documents



5. By rule, the defendants, if properly served have twenty days to appear and respond, after the date of service. The twentieth day herein after November 15, 2007 is December 5, 2007;

6. Although defendants had a right to object to service and move to quash it, they chose to appear on December 5, 2007 and waive any technical difficulties regarding the improper service;

7. Due to the Thanksgiving holiday, the litigation attorney for Cicero did not receive the pleading until November 29, 2007 and therefore has not had sufficient time to determine the appropriate responsive pleading.

WHEREFORE, defendants request until December 20, 2007 to answer or otherwise plead herein.

Respectfully submitted,

Del Galdo Law Group, LLC

By: s/ George S. Spataro
George S. Spataro, Esq.
Attorney for Plaintiffs

George S. Spataro, Esq. (#3126416)
Del Galdo Law Group, LLC (#44047)
10526 W. Cermak Road, Suite 300
Westchester, IL 60154
Tel.: (708) 531-8800