**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Elvis Pena, et al.
                              Plaintiff,

v.                                               Case No.: 1:07−cv−06433
                                                 Honorable Ruben Castillo

Town of Cicero, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 7, 2007:

　　　　MINUTE entry before Judge Ruben Castillo :Status hearing set for 12/13/2007 will begin at 9:15 a.m. Defendants' motion to extend time to answer or otherwise plead [14] is granted. Defendants to answer or otewise plead to the complaint by 12/20/2007. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.