IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELVIS PENA and OBDELIO PENA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOWN OF CICERO and ANTHONY INIQUEZ, in his ) <br> official capacity, ) <br> Defendants. ) <br> ) | 07 C 6433 <br><br> Judge Castillo <br><br> Magistrate Judge Keys |

## NOTICE OF FILING

TO:    Counsel of Record

PLEASE TAKE NOTICE that on December 12, 2007, we filed **Plaintiff's Initial Status Report,** a copy of which is attached hereto and served on you.

Respectfully submitted,
Plaintiff's


By: /s/ Mark T. Lavery
One of His Attorneys

Mark T. Lavery
Christopher V. Langone
225 W. Washington, Suite 2200
Chicago, IL 60606
(312) 924-2893

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on December 12, 2007, this notice, and the documents referred to therein, were electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record at the e-mail addresses previously provided to the Court.

/s/ Mark T. Lavery