UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Elvis Pena and Obdelia Pena ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.:    07 C 6433 |
| ) | Judge Castillo |
| The Town of Cicero and Anthony Iniquez, ) | M. Judge Keys |
| in his official capacity ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on this 19$^h$ day of December, 2007, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Motion to Dismiss or Strike Plaintiff's Complaint.**

*s/ George S. Spataro*
George S. Spataro, Esq., One of the
Attorneys for the Town of Cicero

George S. Spataro, Esq. #3126416
Del Galdo Law Group, LLC
10526 W. Cermak Road, Suite 300
Westchester, IL 60154
708-531-8800

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record on <u>December 19,</u> 2007.

<u>s/ *George S. Spataro*</u>
George S. Spataro, Esq.