UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Elvis Pena and Obdelia Pena ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.:    07 C 6433 |
| ) | Judge Castillo |
| The Town of Cicero and Anthony Iniquez, ) | M. Judge Keys |
| in his official capacity ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS OR STRIKE
PLAINTIFF'S COMPLAINT**

The Defendants herein, by George S. Spataro, Esq., of Del Galdo Law Group, LLC, hereby move the Court to dismiss or strike Plaintiff's complaint pursuant to Rule 12 of the FRCP, and in support states:

1. Plaintiff's complaint is replete with errors, including the following:

    (a) The complaint refers to multiple claims, and, state law claims, when on its face it only contains one count, "COUNT I – 42USC.1983" which purports to be a federal law based claim;

    (b) The complaint in its caption names Elvis Pena and Obdelio Pena as the Plaintiffs, however, at the end of the complaint it states that it is respectfully submitted by "Dennis Woiwood, Plaintiff";

    (c) The complaint at paragraph 6 recites that "Illinois Police seized Plaintiffs' vehicle", however, said police or their employer are not included as defendants herein;

    (d) The complaint does not seek relief against the Town of Cicero. Plaintiffs' "WHEREFORE" clause only seeks relief against Defendant Iniquez, in his official capacity, who is otherwise immune from suit in his official capacity herein under the Illinois Governmental and Governmental Tort Immunity Act; and

  (e)  The complaint at paragraph 18 refers to Plaintiffs' "5th Amendment" rights when the acts complained of by Plaintiffs are not related to their 5th Amendment rights.

 2. Although Defendants are mindful of the relaxed pleading requirements under the federal rules governing civil pleadings, Plaintiffs' complaint is unanswerable in its erroneous state.

 WHEREFORE, Defendants request an order striking Plaintiffs' complaint and ordering Plaintiffs to replead omitting the obvious errors set forth herein above.

         Respectfully submitted,


         By: s/George S. Spataro, Esq.
           George S. Spataro, Esq.
           Attorney for Defendants


George S. Spataro, Esq. #3126416
Del Galdo Law Group, LLC
10526 W. Cermak Rd., Ste. 300
Westchester, Illinois   60154
708/531-8800
Fax: 708/531-8801