## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6433 | **DATE** | 12/20/2007 |
| **CASE TITLE** | Pena, et al. Vs. Town of Cicero | | |

**DOCKET ENTRY TEXT**

Status hearing held in open court. Counsel notified the Court that the parties have reached a tentative settlement. This case is hereby dismissed without prejudice with leave to reinstate on or before 2/20/2008. If the parties do not move to reinstate on or before 2/20/2008, this case will be dismissed with prejudice.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|