IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| ELVIS PENA and OBDELIO PENA, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6433 |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF CICERO and ANTHONY INIQUEZ, in his official capacity, | ) ) ) | |
| Defendant, | ) | |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs, by their attorney, Mark T. Lavery, moves for an extension of time to reinstate case, and states in support as follows.

1. Due to a family medical emergency, Plaintiff's counsel Mark T. Lavery is acting as caregiver to his fiance, while she recovers from double fusion spinal surgery.

2. Defendant's counsel has been on trial.

2. Due to Plaintiff's counsel's obligations as caregiver and Defendant's trial obligation settlement is not complete, Plaintiff requests that this Court reset the deadline for reinstatement of the case for 45 days.

WHEREFORE, Plaintiff requests that this Court grant the requested extension.

Respectfully,
/s/ Mark T. Lavery
One of Plaintiff's Attorneys

Mark T. Lavery
225 W. Washington, Suite 2200
Chicago, Illinois 60602
(312) 924-2893